IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>2735 FONDREN LLC, )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 4:23-CV-03986 |

## NOTICE OF SETTLEMENT

Plaintiff, KIRK MACKEY, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, 2735 FONDREN LLC.

Plaintiff and Defendants, 2735 FONDREN LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 7th day of December, 2023.

> Law Offices of
> THE SCHAPIRO LAW GROUP, P.L.
>
> /s/ Douglas S. Schapiro
> Douglas S. Schapiro, Esq.
> Southern District of Texas ID No. 3182479
> The Schapiro Law Group, P.L
> 7301-A W. Palmetto Park Rd., #100A
> Boca Raton, FL 33433
> Tel: (561) 807-7388
> Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 7th day of December, 2023.

> /s/ Douglas S. Schapiro
> Douglas S. Schapiro, Esq.
> Southern District of Texas ID No. 3182479