IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-03986 |
| 2735 FONDREN LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, KIRK MACKEY ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, 2735 FONDREN LLC and this entire action, with Prejudice.

Respectfully submitted this 22nd day of January, 2024.

                                                 Law Offices of
                                                 THE SCHAPIRO LAW GROUP, P.L.

                                                 /s/  Douglas S. Schapiro
                                                 Douglas S. Schapiro, Esq.
                                                 Southern District of Texas ID No. 3182479
                                                 The Schapiro Law Group, P.L.
                                                 7301-A W. Palmetto Park Rd., #100A
                                                 Boca Raton, FL 33433
                                                 Tel: (561) 807-7388
                                                 Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on January 22, 2024 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479