Case 4:23-cv-03986   Document 10   Filed on 01/22/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:23-CV-03986 |
| 2735 FONDREN LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING
<u>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE**</u>

Plaintiff, KIRK MACKEY ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, 2735 FONDREN LLC and this entire action, with Prejudice.

Respectfully submitted this 22nd day of January, 2024.

                Law Offices of
                THE SCHAPIRO LAW GROUP, P.L.

                <u>/s/  Douglas S. Schapiro</u>
                Douglas S. Schapiro, Esq.
                Southern District of Texas ID No. 3182479
                The Schapiro Law Group, P.L.
                7301-A W. Palmetto Park Rd., #100A
                Boca Raton, FL 33433
                Tel: (561) 807-7388
                Email: schapiro@schapirolawgroup.com

IT IS SO ORDERED on this 22nd day of January, 2024.

*[signature]*

**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**